IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-00195-BO-BM

**United States of America**,

v.

**Mary Elizabeth Workman**,

        Defendant.

**Order**

As announced on the record, the court modifies the Defendant's conditions of release as follows:

1. The Defendant is restricted to her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the probation office or supervising officer.

2. The Defendant must submit to GPS location monitoring technology and comply with its requirements as directed.

All other conditions of release remain in effect.

Dated: September 14, 2023

_____
Robert T. Numbers, II
United States Magistrate Judge